UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
BRAD ROBERTS, et al.,
                     Plaintiffs,

            -against-

PUOPOLO M.D., P.C.,
                     Defendant.
------------------------------------------------------------X

24 Civ. 8162 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on December 18, 2024. As discussed at the conference, it is hereby

**ORDERED** that, by **December 23, 2024**, Defendant shall file a status letter stating whether it intends to file a motion regarding personal jurisdiction or Plaintiffs' purported release of claims.

Dated: December 19, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**