UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
BRAD ROBERTS and STACEY ROBERTS,   :
:
                        Plaintiff,   :   24 Civ. 8162 (LGS)
      -against-   :
:
PUOPOLO M.D., P.C.,   :   ORDER
                      Defendant.   :
:
------------------------------------------------------------:
X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Defendant's motion for summary judgment was denied.  It is hereby

    **ORDERED** that by **October 10, 2025**, the parties shall file a joint proposed case management plan.  It is further

    **ORDERED** that at **3:30 pm on October 21, 2025**, the Court will hold a case management conference in Courtroom 1106, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.  It is further

    **ORDERED** that Plaintiff counsel shall inquire about Brad Roberts' medical condition and provide an update at the conference.

Dated: September 25, 2025
       New York, New York

                                            LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE