UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAD ROBERTS, et al., | |
| Plaintiffs, | 24-CV-8162 (LGS) (RFT) |
| -against- | **ORDER** |
| PUOPOLO M.D., P.C., | |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on December 5, 2025, Plaintiffs shall file a letter on the docket by **December 19, 2025** addressing the use of a family member as a next friend under Rule 17 and Defendants shall file a response by **January 9, 2026**.

Dated: December 8, 2025
    New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge