UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAD ROBERTS, et al.,

                          Plaintiffs,

              -against-

PUOPOLO M.D., P.C.,

                          Defendant.

24-CV-8162 (LGS) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendants' letter motion for a stay or in the alternative for an extension of time to complete discovery (ECF 73) is GRANTED IN PART, in that the deadline for completing discovery is extended 45 days later, until **April 5, 2026**; the letter motion is otherwise DENIED. I do not anticipate further extensions of this deadline absent extremely good cause shown. The Clerk of Court is respectfully requested to terminate ECF 73.

Dated: December 16, 2025
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge