UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAD ROBERTS, et al.,

                      Plaintiffs,

      -against-

PUOPOLO M.D., P.C.,

                    Defendant.

24-CV-8162 (LGS) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 9, 2026, proposed intervenor LifeMD, Inc. filed a motion to intervene in this action. (*See* ECF 76.) Plaintiffs' opposition, if any, to the motion to intervene shall be due on **January 30, 2026** and Defendant's reply in further support shall be due on **February 14, 2026**.

Dated: January 13, 2026
     New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**