UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAD ROBERTS, et al.,

                          Plaintiffs,

            -against-

PUOPOLO M.D., P.C.,

                          Defendant.

24-CV-8162 (LGS) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is a motion to intervene by LifeMD, Inc. (ECF 76) and a pre-motion conference letter from Plaintiffs seeking to add LifeMD Southern Patient Medical Care, P.C. as an additional defendant (ECF 85). The parties are ORDERED to meet and confer on these related applications and advise the Court whether the parties can agree on the appropriate parties in this matter; the parties shall advise the Court of the result of their conference by a joint letter filed on the docket by **January 27, 2026**. In the event that the parties are unable to reach agreement, the deadline for any oppositions to the motion to intervene and request for a pre-motion conference is extended until **January 30, 2026**.

Dated: January 22, 2026
       New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**