UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAD ROBERTS, et al.,

                    Plaintiffs,

       -against-

PUOPOLO M.D., P.C.,

                   Defendant.

24-CV-8162 (LGS) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties have represented that they have reached agreement on the motion to intervene (ECF 76). (ECF 91.) Accordingly, the motion is denied as moot.

The Clerk of Court is respectfully requested to terminate ECF 76.

Dated: January 29, 2026
      New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE